UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 25 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WORLD ASSOCIATION OF ICEHOCKEY PLAYERS UNIONS NORTH AMERICA DIVISION, on behalf of their members; et al.,<br><br>   Plaintiffs - Appellants,<br><br>v.<br><br>NATIONAL HOCKEY LEAGUE; et al.,<br><br>   Defendants - Appellees. | No. 25-3929<br><br>D.C. No. 2:24-cv-02135-TL<br>Western District of Washington, Seattle<br><br>ORDER |

The motion (Docket Entry No. 50) for an extension of time to file the reply brief is granted.

The optional reply brief is due May 4, 2026.

To facilitate timely submission of cases for decision, no further motions for extensions of time to file the reply brief will be granted absent extraordinary and compelling circumstances.

If the reply brief is not filed by May 4, 2026, the case may be submitted on the briefs already on file.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT